

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-21-00268-CR

Sean Michael **EARL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4829W
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On July 19, 2021, appellant filed a motion to recalculate the due date for filing appellant's brief, stating the reporters' record on file in this court was not yet complete. On August 20, 2021, the final outstanding volume of the reporter's record was filed in this court. Accordingly, appellant's motion is DENIED AS MOOT. Appellant's brief is due thirty (30) days from the date the final volume of the reporter's record was filed—on or before **September 20, 2021.** *See* TEX. R. APP. P. 38.6(a).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court